BROOKE OLIVER, ESQ. (SBN 172828)
Email: brooke@50balmy.com
ROSACLAIRE BAISINGER, ESQ. (SBN 200438)
Email: rosaclaire@50balmy.com
50 Balmy Law P.C.
50 Balmy Alley
San Francisco, CA 94110
Phone:  415-641-1116
Fax:  415-695-1116

Attorneys for Plaintiffs
FRANCISCO AQUINO, MONA CARON, SUSAN KELK CERVANTES, JETRO MARTINEZ, SIRRON NORRIS, HENRY SULTAN, JENNIFER BADGER SULTAN, and MARTIN TRAVERS

MARK R. LEONARD, Esq. (SBN #219186)
Davis & Leonard LLP
8880 Cal Center Drive, Suite 180
Sacramento, CA 95826
Phone: (916) 362-9000
Fax: (916) 362-9066
Email: mleonard@davisandleonard.com

Attorneys for Defendant DPPM, INC. dba ZEPHYR REAL ESTATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO AQUINO, an individual; MONA CARON, an individual; SUSAN KELK CERVANTES, an individual; JETRO MARTINEZ, an individual; SIRRON NORRIS, an individual; HENRY SULTAN, an individual; JENNIFER BADGER SULTAN, an individual; and MARTIN TRAVERS,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>DPPM, INC., a California corporation doing business as ZEPHYR REAL ESTATE; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. CV 15-00060 NC<br><br>MODIFIED STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Magistrate: Nathanael Cousins<br>Date:         March 25, 2015<br>Time:         10:00 a.m. |

Case No. CV 15-00060 NC — - 1 - — Stipulation & [~~Proposed~~] Order Continuing Initial Case Management Conference

1  Plaintiffs FRANCISCO AQUINO, MONA CARON, SUSAN KELK CERVANTES, JETRO
2  MARTINEZ, SIRRON NORRIS, HENRY SULTAN, JENNIFER BADGER SULTAN, and MARTIN
3  TRAVERS ("Plaintiffs") and Defendant DPPM, INC. doing business as Zephyr Real Estate
4  ("Defendant" or "Zephyr") hereby stipulate and respectfully request that the Court continue the Initial
5  Case Management Conference.
6  The parties, by and through their respective counsel, hereby stipulate and agree to the following:
7  WHEREAS, Plaintiffs filed their Complaint on January 6, 2015;
8  WHEREAS, the Order Setting Initial Case Management Conference and ADR Deadlines filed
9  on January 7, 2015, set the Initial Case Management Conference for March 25, 2015;
10  WHEREAS, Plaintiffs filed their First Amended Complaint ("FAC") naming Zephyr on
11  January 20, 2015;
12  WHEREAS, Zephyr waived service of the summons on January 21, 2015;
13  WHEREAS, Plaintiffs' lead counsel, Brooke Oliver, will be out of the country for a different
14  client matter from March 15, 2015 until April 5, 2015;
15  The parties hereby STIPULATE that Plaintiffs' counsel and Zephyr's counsel agree to continue
16  the Initial Case Management Conference to April 22, 2015, and related deadlines accordingly.

Dated:  January 26, 2015                          50 BALMY LAW P.C.

                                                  By:    /s/ Brooke Oliver
                                                         Brooke Oliver, Esq.
                                                         Rosaclaire Baisinger, Esq.
                                                         Attorneys for Plaintiffs FRANCISCO
                                                         AQUINO, MONA CARON, SUSAN KELK
                                                         CERVANTES, JETRO MARTINEZ,
                                                         SIRRON NORRIS, HENRY SULTAN,
                                                         JENNIFER BADGER SULTAN, and
                                                         MARTIN TRAVERS

Dated: January 26, 2015                           DAVIS & LEONARD LLP


                                                  By:    /s/ Mark R. Leonard
                                                         Mark R. Leonard, Esq.
                                                         Attorneys for Defendant DPPM, INC.

ATTESTATION
(Civil Local Rules 5-1)

I, Brooke Oliver, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE. In compliance with Local Rule 5-1, I hereby attest that Mark R. Leonard has concurred in this filing.

Dated: January 26, 2015              /s/ Brooke Oliver
                                     Brooke Oliver, Esq.

[~~PROPOSED~~] ORDER

Pursuant to stipulation, and good cause appearing, it is hereby ORDERED that the Initial Case Management Conference in the above-captioned matter is continued to April ~~22~~ 29, 2015, commencing at 10:00 a.m., and all related deadlines are continued accordingly.

Dated: January 27, 2015

MAGISTRATE JUDGE NATHANAEL COUSINS

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# **PROOF OF SERVICE**

I declare that I am over the age of eighteen, and that I am not a party to this action. My business address is 50 Balmy Alley, San Francisco, CA 94110.

On January 26, 2015 I served the foregoing document(s) described as:

STIPULATION AND [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE

on all interested parties, as follows:

Mark R. Leonard, Esq.
Davis & Leonard LLP
8880 Cal Center Drive, Suite 180
Sacramento, CA 95826

*Attorneys for Defendant DPPM, Inc. dba Zephyr Real Estate*

[ X ]  **U.S. MAIL**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served service is presume invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ]  **ELECTRONIC MAIL TRANSMISSION**: Based on an agreement between the parties and/or as a courtesy, I caused the foregoing document(s) to be transmitted by electronic mail to the email address(es) set forth above. I did not receive, within a reasonable time after the transmission, any electronic or other indication that the transmission was unsuccessful.

[ X ]  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 26, 2015, in San Francisco, California.

Trinh Nguyen