UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FRANCISCO AQUINO; MONA CARON; SUSAN KELK CERVANTES; JETRO MARTINEZ; SIRRON NORRIS; HENRY SULTAN; JENNIFER BADGER SULTAN; MARTIN TRAVERS,<br><br>Plaintiffs,<br>v.<br><br>DPPM, INC., a California corporation doing business as ZEPHYR REAL ESTATE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 15-00060-NC<br><br>[~~PROPOSED~~] ORDER GRANTING FURTHER STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE<br><br>Assigned to:  Magistrate Judge Nathanael Cousins<br><br>Trial Date:  None set<br>Complaint Filed:  January 6, 2015 |
|---|---|

Pursuant to a stipulation between the parties, and good cause appearing, the Court GRANTS the parties' request for a further extension of time and continuance of the Case Management Conference and related deadlines. The new deadlines are as follows:

| EVENT | NEW DATE |
|---|---|
| Defendant's Response to Complaint | June 12, 2015 |
| Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file ADR Certification signed by | July 1, 2015 |

20025733v1

[~~PROPOSED~~] ORDER

| | |
|---|---|
| Parties and Counsel<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement | July 15, 2015 |
| Initial Case Management Conference | July 22, 2015 at 10:00 a.m. |

**IT IS SO ORDERED.**

Dated: _____April 9_____, 2015

_____
Hon. Nathanael Cousins
United States Magistrate Judge



2
[PROPOSED] ORDER

20025733v1