BROOKE OLIVER, ESQ. (SBN 172828)
brooke@50balmy.com
ROSACLAIRE BAISINGER, ESQ. (SBN 240038)
rosaclaire@50balmy.com
50 Balmy Law P.C.
50 Balmy Alley
San Francisco, CA 94110
Phone:  415-641-1116
Fax:  415-695-1116

Attorneys for Plaintiffs
FRANCISCO AQUINO, MONA CARON,
SUSAN KELK CERVANTES, JETRO
MARTINEZ, SIRRON NORRIS, HENRY
SULTAN, JENNIFER BADGER SULTAN, and
MARTIN TRAVERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO AQUINO, an individual; MONA CARON, an individual; SUSAN KELK CERVANTES, an individual; JETRO MARTINEZ, an individual; SIRRON NORRIS, an individual; HENRY SULTAN, an individual; JENNIFER BADGER SULTAN, an individual; and MARTIN TRAVERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DPPM, INC., a California corporation doing business as ZEPHYR REAL ESTATE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 15-00060 NC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs FRANCISCO AQUINO, MONA CARON, SUSAN KELK CERVANTES, JETRO MARTINEZ, SIRRON NORRIS, HENRY SULTAN, JENNIFER BADGER SULTAN, and MARTIN TRAVERS and Defendant DPPM, INC., a California corporation doing business as ZEPHYR REAL

1  ESTATE, by and through their respective attorneys of record, hereby file this Stipulation for Dismissal
2  with prejudice and stipulate as follows:
3     1.   The parties have entered into a confidential Settlement Agreement in this matter whereby
4  they have resolved all claims in this action and have agreed to the dismissal of the above-captioned
5  action with prejudice.  Each party has agreed to bear and waive their own attorneys' fees and costs.
6     2.   Accordingly, the parties jointly request the Court to dismiss this action with prejudice.

Dated:  May 29, 2015                          50 BALMY LAW P.C.

                                              By:    /s/ Brooke Oliver
                                                  Brooke Oliver
                                                  Rosaclaire Baisinger
                                                  Attorneys for Plaintiffs FRANCISCO
                                                  AQUINO, MONA CARON, SUSAN KELK
                                                  CERVANTES, JETRO MARTINEZ,
                                                  SIRRON NORRIS, HENRY SULTAN,
                                                  JENNIFER BADGER SULTAN, and
                                                  MARTIN TRAVERS

Dated:  May 29, 2015                          SEDGWICK LLP

                                              By:    /s/ Jason Joyal
                                                  James J.S. Holmes
                                                  Jason Joyal
                                                  Attorneys for Defendant DPPM, INC., a
                                                  California corporation doing business as
                                                  ZEPHYR REAL ESTATE

                        ATTESTATION
                     (Civil Local Rules 5-1)

     I, Brooke Oliver, am the ECF User whose ID and password are being used to file this
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE.  In compliance
with Local Rule 5-1, I hereby attest that Jason Joyal has concurred in this filing.

Dated:  May 29, 2015                            /s/ Brooke Oliver
                                                Brooke Oliver, Esq.

## ORDER

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is HEREBY ORDERED:

1.  The above-entitled action is dismissed with prejudice, with each party to bear and waive their own attorneys' fees and costs.

Dated:  May 29, 2015
~~June ____, 2015~~

_____
The Honorable
United



GRANTED
Judge Nathanael M. Cousins